IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHAEL D. MITCHELL                                                                                      PLAINTIFF

VS.                                         4:19CV00078-BRW

Z. SORRELLS, Deputy; S. SIBLEY, Deputy;
TURNKEY, Nurse Department; and
R. MATHIS, Deputy, Pulaski County Jail                                                        DEFENDANTS

## JUDGMENT

Based on the Order entered today, this case is dismissed without prejudice. I certify that an *in forma pauperis* appeal would not be taken in good faith.[1]

IT IS SO ORDERED this 21st day of March, 2019.

                                                    Billy Roy Wilson_____
                                                  UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).